80 A.3d 380

Timothy HANNIBAL, Petitioner

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 155 EM 2013.

Supreme Court of Pennsylvania.

Nov. 21, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2013, the Application for Leave to File Original Process is **GRANTED.** To the extent that the Petition for Writ of Mandamus and/or Extraor-

dinary Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests a writ of mandamus from this Court directing the Court of Common Pleas of Philadelphia County to adjudicate Petitioner's pending motion for appointment of counsel, it is **GRANTED.** The lower court is directed to dispose of Petitioner's pending motion for appointment of counsel within 90 days of this order.